IN THE COURT OF COMMON PLEAS OF
LANCASTER COUNTY, PENNSYLVANIA

| | |
|---|---|
| Galaxy International PurchasinG, LLC : | |
| : | CIVIL ACTION |
| Plaintiff : | |
| : | |
| vs. : | |
| : | |
| BRUCE CLARK : | NO: 20-07251 |
| : | |
| Defendant : | |

*SCAN of Original 5 May 2021*

### TEN DAY NOTICE OF INTENT TO TAKE DEFAULT JUDGMENT

To:   Bruce Clark
      133 Skyline Dr
      New Holland Pa 17557

Date of Notice: April 30, 2021

### IMPORTANT NOTICE PURSUANT TO PA.R.C.P. 237.1(a)(2)

YOU ARE IN DEFAULT BECAUSE YOU HAVE FAILED TO ENTER A WRITTEN APPEARANCE PERSONALLY OR BY AN ATTORNEY AND FILE IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. UNLESS YOU ACT WITHIN **TEN DAYS** FROM THE DATE OF THIS NOTICE, A JUDGMENT MAY BE ENTERED AGAINST YOU WITHOUT A HEARING AND YOU MAY LOSE YOUR PROPERTY OR OTHER IMPORTANT RIGHTS.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

Lancaster Bar Association Lawyer Referral Service
28 East Orange Street
Lancaster, PA 17602
717/393-0737

IN THE COURT OF COMMON PLEAS OF
LANCASTER COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| Galaxy International PurchasinG, LLC | : | |
| | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| BRUCE CLARK | : | NO: 20-07251 |
| | : | |
| Defendant | : | |
| | : | |

*SCAN of Original 5 May 2021*

## CERTIFICATE OF SERVICE

I, Robert F. Jordan, hereby certify that on April 30, 2021 I served a copy of the Ten Day Notice of Intent to Take Default in the above captioned matter by mailing the same via First Class United States mail, postage prepaid addressed as follows:

Bruce Clark
133 Skyline Dr
New Holland Pa 17557

*Appears to be missing the word JUDGEMENT.*

Ratchford Law Group, P.C.

BY: _____
Michael F. Ratchford, Esq.
PA Supreme Court ID #: 86285
Robert F. Jordan
PA Supreme Court ID #: 208153
Attorney for Plaintiff
Ratchford Law Group, P.C.
54 Glenmaura National Blvd. Suite 104
Moosic, PA 18507
Phone: (570) 558-5510
Email: rjordan@ratchforlawgroup.com
Fax: (570) 558-5511

IN THE COURT OF COMMON PLEAS OF
LANCASTER COUNTY, PENNSYLVANIA

Galaxy International PurchasinG, LLC :
: CIVIL ACTION
:
Demandante :
:
:
vs. :
: NO: 20-07251
BRUCE CLARK :
Acusado :
:
:

**SCAN of Original 5 May 2021**

## AVISO IMPORTANTE

A:  Bruce Clark
    133 Skyline Dr
    New Holland Pa 17557

FECHA DEL AVISO: April 30, 2021

### IMPORTANT NOTICE PURSUANT TO PA.R.C.P. 237.1(a)(2)

USTED ESTA EN REBELDIA PORQUE HA FALLADO DE REGISTRAR COMPARECENCIA ESCRITA POR SI MISMO O A TRAVES DE UN ABOGADO Y SOMETER CON LA CORTE SUS DEFENSAS U OBJECCIONES A LOS CARGOS QUE SE HAN PRESENTADO CONTRA USTED. A MENOS QUE USTED ACTUE DENTRO DE DIEZ DIAS DE HABER RECIBIDO ESTE AVISO, LA CORTE PUEDE TOMAR UNA DECISION EN CONTRA SUYA SIN TENER DERECHOS A UNA VISTA Y USTED PUEDE PERDER SU PROPIEDAD U ORTOS DERECHOS IMPORTANTES.

USTED DEBE LLEVAR ESTE DOCUMENTO A SU ABOGADO INMEDIATAMENTE. SI USTED NO TIENE UN ABOGADO, LLAME O VAYA A LA SIGUIENTE OFICINA. ESTA OFICINA PUEDE PROVEERLE INFORMACION A CERCA DE COMO CONSEGUIR UN ABOGADO.

SI USTED NOPUEDE PAGAR POR LOS SERVICIOS DE UN ABOGADO, ES POSIBLE QUE ESTA OFICINA LE PUEDA PROVEER INFORMACION SOBRE. AGENCIAS QUE OFREZCAN SERVICIOS LEGALES SIN CARGO O BAJO COSTO A PERSONAS QUE CUALIFICAN.

```
Lancaster Bar Association Lawyer Referral Service
              28 East Orange Street
              Lancaster, PA 17602
                 717/393-0737
```

54 Glenmaura National Blvd. Suite 104
Moosic, PA 18507
(P) 800-503-1665  (F) 570-558-5511

OFFICE HOURS (E.S.T.):
Monday to Thursday 8:00AM -6:00PM
Friday  8:00AM – 5:00PM

**R|L|G**

RATCHFORD LAW GROUP, P.C.
www.ratchfordlawgroup.com

Michael F. Ratchford
Erin M. Reczek*
Kate E. Conley**
* Licensed in MA, ME, NH, & VT
**Licensed in ME & NH

*SCAN of Original 5 May 2021*

April 30, 2021

Bruce Clark
133 Skyline Dr
New Holland Pa 17557

Re:   **Galaxy International PurchasinG, LLC vs BRUCE CLARK**
      Lancaster County Civil Action No.:20-07251
      Our file No.: CA191655/RFJ

Dear Bruce Clark:

Enclosed, please find the Ten Day Notice of Intent to Take Default in regard to the above-noted matter. Please act accordingly.

*Appears to be missing the word JUDGEMENT.*

Ratchford Law Group, P.C.,

Robert F. Jordan

Enclosure

This is a communication from a debt collector in an attempt to collect a debt. Any information will be used for that purpose.



Bruce L. Clark
133 Skyline Drive
New Holland, PA
17557

Lancaster County, PA
Court of Common Pleas
Case #CI-20-07251

May 7, 2021

UNITED STATES
PRIORITY MAIL
9505 5109 7827 1128 3817 18

In the COURT of COMMON PLEAS of
LANCASTER COUNTY, PENNSYLVANIA

Delivered: Monday, 10 May 2021, 08:14 EDT

| | | |
|---|---|---|
| Galaxy International PurchasinG, LLC | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| BRUCE CLARK | : | NO: 20-07251 |
| | : | |
| Defendant | : | |

---

## RESPONSE TO NOTICE OF APRIL 30, 2021
### LABELED:
### "TEN DAY NOTICE OF INTENT TO TAKE DEFAULT JUDGEMENT"

   I, Bruce L. Clark as the assumed *Consumer Defendant*, declare that there exists no basis for this claim made by the Plaintiff. I have received no prior official or unofficial documentation explaining the claim as made by the Plaintiff's counsel. I must therefore assume that it is fraudulent and that the Plaintiff's counsel (Disciplinary Board of the Supreme Court of Pennsylvania ID #208153) is consciously attempting to aid in unlawfully stealing money or property from me that does not belong either to him or his client.

   A formal complaint to the Office of Disciplinary Counsel (ODC) of the Pennsylvania Supreme Court's Disciplinary Board may be in order based upon possibly unlawful or unethical behaviors within the legal system of the Commonwealth of Pennsylvania.

Page 1 of 3



Bruce L. Clark
133 Skyline Drive
New Holland, PA
17557

Lancaster County, PA
Court of Common Pleas
Case # CI-20-07251

May 7, 2021

## In the COURT of COMMON PLEAS of
## LANCASTER COUNTY, PENNSYLVANIA

Galaxy International PurchasinG, LLC : CIVIL ACTION
　　　　　　　　　Plaintiff :
　　　vs. :
BRUCE CLARK : NO: 20-07251
　　　　　　　　　Defendant :

If this case is related to an appeal of the local Pennsylvania Magisterial Court Case #MJ-02306-CV-0000110-2020, which yielded a "*verdict for the Defendant*," then the Defendant's costs related to and as yet unreimbursed from that proceeding will continue to increase and become the basis for a separate recovery effort since you, as the Plaintiff's counsel for this action, have now been so informed.  As of May 7, 2021, those costs will amount to $2,385.72+ to be reimbursed to the *Consumer Defendant*, along with a mental stress (harassment) award of $25,000.00+ related to the Federal Trade Commission (FTC) Fair Debt Collections Practices Act Code 15 U.S.C. §§1692-1692p, §806 with respect to harassment or abuse imposed in any baseless attempted collection actions.

If not related to the above mentioned resolved case, then the current costs amount to $317.86+ as of this date to be reimbursed to this *Consumer Defendant*, along with mental stress (harassment) award of $25,000.00+ related to the Federal Trade Commission (FTC) Fair Debt Collections Practices Act (FDCPA) Code 15 U.S.C. §§1692-1692p, §806 with respect to harassment or abuse imposed in any baseless attempted collection actions.

The following may also be specific violations of the same U.S. Code U.S.C. §1692e, §807 False or misleading representation: ¶4 threatened seizure or sale of property; ¶9 use of written communication that simulates or falsely represents a document authorized,

Page 2 of 3

CLARK - Response to GIP, LLC notice of April 30, 2021   Rev 1 (K-L)   7 May 2021



Bruce L. Clark
133 Skyline Drive
New Holland, PA
17557

Lancaster County, PA
Court of Common Pleas
Case # CI-20-07251

May 7, 2021

## In the COURT of COMMON PLEAS of LANCASTER COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| Galaxy International PurchasinG, LLC | : | CIVIL ACTION |
| Plaintiff | : | |
| vs. | : | |
| BRUCE CLARK | : | NO: 20-07251 |
| Defendant | : | |

issued or approved by any Court which creates a false impression of its source or authorization; and ¶13 false representation that documents are legal process forms.  Also, U.S.C. §1692g, §809 Validation of debt: ¶(a) Notice of debt; contents, and ¶(b) Disputed debts; and U.S.C. §1692j, §812 Furnishing certain deceptive forms, both ¶(a) and ¶(b).

These possible Federal Trade Commission (FTC) Fair Debt Collections Practices Act (FDCPA) Code 15 U.S.C. §§1692-1692p violations will be pursued in the United States District Court for the Eastern District of Pennsylvania, since the Plaintiff is registered as a business located in the state of Nevada, USA.

To preclude proactive pursuit of these potential claims against the Plaintiff's counsel, the Plaintiff or its legal counsel must formally withdraw their asserted legal actions from the Court of Common Pleas of Lancaster County, PA identified as CIVIL ACTION NO: 20-07251 within 20 days of receipt of this "formal response" or provide substantiating evidence of a valid claim against the *Consumer Defendant*.

Entered by:

*Bruce L. Clark*
Bruce L. Clark
*Consumer Defendant, Pro Se*

*May 7, 2021*
Date

Page 3 of 3

| COMMONWEALTH OF PENNSYLVANIA |  | NOTICE OF JUDGMENT/TRANSCRIPT |
| COUNTY OF LANCASTER | | CIVIL CASE |

| Mag. Dist. No: | MDJ-02-3-06 |
|---|---|
| MDJ Name: | Honorable Jonathan W. Heisse |
| Address: | 745B East Main Street<br>New Holland, PA  17557 |
| Telephone: | 717-354-4206 |

State Farm Bank
v.
Bruce  Clark

Bruce Clark
133 Skyline Drive
New Holland, PA  17557

Docket No:   MJ-02306-CV-0000110-2020
Case Filed:   8/18/2020

**ABANDONED ACCOUNT**
**18 January 2019**

## Disposition Details

**Disposition Summary**  (cc - Cross Complaint)

| Docket No | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|
| MJ-02306-CV-0000110-2020 | State Farm Bank | Bruce Clark | Judgment for Defendant | 09/24/2020 |

**Comments:**

ANY PARTY HAS THE RIGHT TO APPEAL WITHIN 30 DAYS AFTER THE ENTRY OF JUDGMENT BY FILING A NOTICE OF APPEAL WITH THE PROTHONOTARY/CLERK OF COURT OF COMMON PLEAS, CIVIL DIVISION.  YOU MUST INCLUDE A COPY OF THIS NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH YOUR NOTICE OF APPEAL.
   EXCEPT AS OTHERWISE PROVIDED IN THE RULES OF CIVIL PROCEDURE FOR MAGISTERIAL DISTRICT JUDGES, IF THE JUDGMENT HOLDER ELECTS TO ENTER THE JUDGMENT IN THE COURT OF COMMON PLEAS OR THE PHILADELPHIA MUNICIPAL COURT, ALL FURTHER PROCESS MUST COME FROM THE COURT OF COMMON PLEAS OR THE PHILADELPHIA MUNICIPAL COURT AND NO FURTHER PROCESS MAY BE ISSUED BY THE MAGISTERIAL DISTRICT JUDGE.
   UNLESS THE JUDGMENT IS ENTERED IN THE COURT OF COMMON PLEAS OR THE PHILADELPHIA MUNICIPAL COURT, ANYONE INTERESTED IN THE JUDGMENT MAY FILE A REQUEST FOR ENTRY OF SATISFACTION WITH THE MAGISTERIAL DISTRICT JUDGE IF THE JUDGMENT DEBTOR PAYS IN FULL, SETTLES, OR OTHERWISE COMPLIES WITH THE JUDGMENT.

_____     _____
Date                                                 Magisterial District Judge Heisse

I certify that this is a true and correct copy of the record of the proceedings containing the judgment.

_____     _____
Date                                                 Magisterial District Judge

*The United States of America*
*is a nation of Laws, Truth and Justice.*

CLARK - Response to GIP, LLC notice of April 30, 2021  Rev 1 (K-L)          7 May 2021

MDJS 315
Printed: 09/24/2020 12:03:15PM

1



FREE INTERPRETER
www.pacourts.us/language-rights
717-390-7753

Bruce L. Clark
133 Skyline Drive
New Holland, PA 17557

September 29, 2020



**ABANDONED ACCOUNT**
18 January 2019

### To the attention of:

Michael F. Ratchford, Esq.
RATCHFORD LAW GROUP, P.C.
Suite 104
54 Glenmaura National Boulevard
Moosic, PA 18507

*COPY*

re: Invalid Fraudulent Collections Attempt of <u>State Farm Bank</u>
<u>Unsecured</u> Credit Card account number: **4707 8600 4672 9823**
  in the name of: Bruce L. Clark
         133 Skyline Drive
         New Holland, PA 17557

Updated defendant's costs as of September 29, 2020:

| | |
|---|---:|
| As of September 18, 2020 | $872.62 |
| Additional costs: | |
|   Hourly ($80.00 X 3.25hrs) | $260.00 |
|   Postage (PRIORITY MAIL EXPRESS) | $26.35 |
|   Mileage | $11.23 |
| As of September 21, 2020 | $1,170.20 |
|   Hourly ($80.00 X 2.75hrs) | $220.00 |
| As of September 23, 2020 | $1,390.20 |
|   Hourly ($80.00 X 3.50hrs) | $240.00 |
| As of September 29, 2020 | $1,630.20 |
|   Hourly ($80.00 X 0.75hrs) | $60.00 |
|   Postage (CERTIFIED MAIL) | $7.60 |

*\* Costs associated with initial magisterial Court defense preparation and presentation.*

*Accumulation of costs will continue until the appeal is settled.*

Page 1 of 3

CLARK - Response to GIP, LLC notice of April 30, 2021   Rev 3 (K-L)   26 June 2021

Bruce L. Clark
133 Skyline Drive
New Holland, PA 17557

Updated June 28, 2021

**ABANDONED ACCOUNT**
18 January 2019

*COPY*

**To the attention of:**

Michael F. Ratchford, Esq.
RATCHFORD LAW GROUP, P.C.
Suite 104
54 Glenmaura National Boulevard
Moosic, PA 18507

re: Invalid Fraudulent Collections Attempt of <u>State Farm Bank</u>
<u>Unsecured</u> Credit Card account number: **4707 8600 4672 9823**

Updated defendant's costs as of May 7, 2021:

| | |
|---|---:|
| Mileage | $11.23 |
| As of September 21, 2020 | $1,709.03 |
| Hourly ($80.00 X 2.50hrs) | $200.00 |
| Postage (CERTIFIED MAIL) | $7.60 |
| Mileage | $11.23 |
| As of November 16, 2020 | $1,927.86 |
| Hourly ($80.00 X 1.75hrs) | $140.00 |
| As of November 19, 2020 | $2,067.86 |
| Hourly ($80.00 X 3.75hrs) | $300.00 |
| Postage (CERTIFIED MAIL & PRIORITY MAIL) | $26.55 |
| Mileage | $10.11 |
| As of May 7, 2021 | $2,404.52 |

*Accumulation of costs will continue until the appeal and/or any related follow-up actions are settled.*

Page 2 of 3

CLARK - Response to GIP, LLC notice of April 30, 2021   Rev 3 (K-L)   26 June 2021

Bruce L. Clark
133 Skyline Drive
New Holland, PA 17557

Updated June 28, 2021



**ABANDONED ACCOUNT**
18 January 2019

COPY

**To the attention of:**

Michael F. Ratchford, Esq.
RATCHFORD LAW GROUP, P.C.
Suite 104
54 Glenmaura National Boulevard
Moosic, PA 18507

re: Invalid Fraudulent Collections Attempt of <u>State Farm Bank</u> previously undisputed, declared abandoned, unsecured Credit Card account number: **4707 8600 4672 9823**

Updated defendant's costs as of July 23, 2021:

| | |
|---|---|
| As of May 7, 2021 | $2,404.52 |
| Hourly ($80.00 X 5.50hrs) | $440.00 |
| Postage (CERTIFIED MAIL & PRIORITY MAIL) | $26.55 |
| Mileage | $10.11 |
| As of June 28, 2021 | $2,881.18 |
| Hourly ($86.00 X 5.hrs) | $430.00 |
| Postage (CERTIFIED MAIL & PRIORITY MAIL) | $26.55 |
| Mileage | $10.11 |
| As of July 23, 2021 | $3,347.84 |

*Accumulation of costs will continue until the appeal and/or any related follow-up actions are settled.*

Page 3 of 3

CLARK - Response to GIP, LLC notice of April 30, 2021   Rev 4 (K-L)   12 July 2021

**State Farm Bank**

State Farm Bank
Po Box 2328
Attn: Financial Cards
Bloomington, Il   61702-2328

December 12, 2018

Bruce L Clark         0000984
133 Skyline Dr
New Holland, PA    17557-9354

Your Account Ending In 9823

BALANCE               $7,150.02
AMT PAST DUE            $146.48
DAYS PASTDUE                  3
TOTAL AMOUNT DUE        $290.79

*Rec 12-18-18*

Dear Bruce L Clark:

We want to make you aware that your State Farm(R) Visa(R) credit card account is currently past due. At State Farm Bank(R), we make every attempt to provide you the services you need, however, anytime your account is past due, we may suspend your credit privileges until the required payment is received.

Since we have not received the minimum payment due, we will be attempting to contact you by telephone for the payment. We would like to make payment arrangements with you to prevent your credit privileges from being suspended again. If you prefer, you can call us at 1-888-634-0012 to make your payment by phone.

Sincerely,

Collections Department
State Farm Bank

Address used for Certified letter of 12-31-2018

**State Farm Bank
PO Box 2328
Attn: Financial Cards
Bloomington, Il
61702-2328**

CREDIT REPORTING: State Farm Bank may report information about your account to credit bureaus, including negative information. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. You authorize State Farm Bank to obtain consumer reports about you until the balance is paid in full and the account is closed.

DISPUTING ACCOUNT INFORMATION REPORTED TO CREDIT BUREAUS: We furnish information about your account to credit bureaus. You have the right to dispute the accuracy of the information reported by writing to us at: State Farm Bank, F.S.B., ATTN: Credit Reporting, P.O. Box 2313, Bloomington, IL 61702-2313.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

REFINANCING ACTION PLAN    State Farm Bank 9823    31 December 2018


MEMBER FDIC


EQUAL HOUSING LENDER

0161-1112 (11/2012)
/4664/0000984/000001/TTP513/COLOPR/000/181213/STF/CRP

Bruce L. Clark
133 Skyline Drive
New Holland, PA
17557



December 31, 2018

**CERTIFIED U.S. MAIL**
7018 0680 0001 5832 6579

**To the attention of State Farm Bank**, PO Box2328, Attn: Financial Cards, Bloomington, Il 61702-2328 **re:**

**Unsecured** Credit Card account number: 4707 8600 4672 9823

in the name of:   Bruce L. Clark
133 Skyline Drive
New Holland, PA 17557

*Copy*

With a Balance on 12/10/2018 of **$7,003.33** and a
Current Interest Rate:  **12.24 % (fixed)**  equaling 1.0017 % per month.

Due to financial hardship as managed through *TABOR Community Services* in Lancaster, PA (www.tabornet.org), I am proposing either:

a) A payment plan with a:
Cancelled Credit Card with a suggested Interest Rate: **0.00 % (Fixed)**, equaling 0.0000 % per month and a renewed payment of approximately **$97.26 per month** for 72 months beginning in March of 2019 to be paid either directly by me or through **Navicore SOLUTIONS** of Freehold, NJ.

OR

b) **Default on this account.**

Please respond in writing with details on record by January 15, 2019 if State Farm Bank is willing to accept proposal *a*.   Failure to provide a response showing a mailing date prior to January 16, 2019 will indicate State Farm Bank's desire to abandon this account (choice *b*).

Contact me at the above address to work out details if you choose option *a*).

REFINANCING ACTION PLAN  State Farm Bank 9823 (K-L)     31 December 2018

Bruce L. Clark  
133 Skyline Drive  
New Holland, PA  
17557

January 18, 2019

CERTIFIED U.S. MAIL  
7018 0680 0001 5832 6678

**To the attention of State Farm Bank**, PO Box 2328, Attn: Financial Cards, Bloomington, Il 61702-2328 <u>re:</u>

<u>Unsecured</u> Credit Card account number: **4707 8600 4672 9823**

in the name of:  Bruce L. Clark  
133 Skyline Drive  
New Holland, PA 17557

*Copy*

**ABANDONED ACCOUNT**

With a Balance on 12/10/2018 of $7,003.33 and a  
Current Interest Rate: **12.24 % (fixed)** equaling 1.0017 % per month.

Due to financial hardship as managed through *TABOR Community Services* in Lancaster, PA, in my letter of December 31, 2018, I proposed either:

**a) A payment plan with a:**  
Cancelled Credit Card with a suggested Interest Rate: **0.00 % (Fixed)**, equaling 0.0000 % per month and a renewed payment of approximately **$97.26 per month** for 72 months beginning in March of 2019 to be paid either directly by me or through **Navicore SOLUTIONS** of Freehold, NJ.

OR

**b) Default on this account.**

Because of your failure to respond with a documented, traceable acceptance or counteroffer by January 15, 2019, you have taken the position that you are abandoning this account, its balance and the debtor's need to pay "the remaining amount of this disputed account" for all time.

REFINANCING ACTION PLAN  State Farm Bank 9823 (K-L)     18 January 2019



Bruce L. Clark
133 Skyline Drive
New Holland, PA
17557

November 19, 2020
*Original of 9-30-20 sent & received (green card returned).*

**To the attention of:**

Michael F. Ratchford, Esq.
RATCHFORD LAW GROUP, P.C.
Suite 104
54 Glenmaura National Boulevard
Moosic, PA 18507

CERTIFIED U.S. MAIL
7019 2280 0002 1688 2952

Proposed
Criminal Charges Re:
ABANDONED ACCOUNT
18 January 2019

re: Invalid Fraudulent Collections Attempt of <u>State Farm Bank</u> <u>Unsecured</u> Credit Card account number: **4707 8600 4672 9823**

Consider, if you will, as the agent for State Farm Bank that the following criminal charges may be filed against you personally, since you as a lawyer should have known that it is unlawful to attempt to collect on an abandoned unsecured credit account. I will not file criminal charges against you or report your actions (as a complaint) to the Disciplinary Board of the Supreme Court of PA if you reimburse my costs to date ($2,067.86) and drop your civil appeal of the JUDGEMENT of MDJ-02-3-06 CV-110-2020.

(1) criminal misdemeanor fraud related to presentation to the Court of Abandoned State Farm Bank Account #9823 against the victim;

(2) criminal misdemeanor attempted theft from the victim of almost $8,000 related to the Civil Case #PA MDJ-02-3-06 <u>CV-110-2020</u>;

(3) misdemeanor criminal abuse of the victim, leading to a minimum cost to the victim of **$2,067.86** to be reimbursed to the victim, along with a mental stress (harassment) award of **$25,000.00**.

*Bruce L. Clark*
Victim
November 19, 2020

Response to Civil Appeal - State Farm Bank #9823 (K&L)        19 November 2020
Criminal Charges - State Farm Bank #9823 (K&L)                 30 September 2020

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL®

PS00001000060

TRACKED ■ INSURED

Legal Flat Rate Envelope
EP14L May 2020
OD: 15 x 9.5

GAL FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

pected delivery date specified for domestic use.
ost domestic shipments include up to $50 of insurance (restrict
PS Tracking® included for domestic and many international de
nited international insurance.**
en used internationally, a customs declaration form is require
ance does not cover certain items. For details regarding claims exclusions se
stic Mail Manual at http://pe.usps.com.
International Mail Manual at http://pe.usps.com for availability and limitations

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP




PRIORITY MAIL
L FLAT RATE ENVELOPE
OSTAGE REQUIRED

7019 2280 0002 1995 0162

CERTIFIED MAIL

FROM:





1004
19106

U.S. POSTAGE PAID
PM 2-Day
NEW HOLLAND, PA
17557
JUL 24, 21
AMOUNT
$14.70
R2305K142143-05

Bruce L. Clark
133 Skyline Drive
New Holland, PA
17557-9354

Received JUL 26 2021
The CLARK LawGroup Ltd

U. X-1

TO:

United States District Court
Eastern District of Pennsylvania
James A. Byrne Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797