UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUCE L. CLARK,<br>　　　　Plaintiff,<br><br>v.<br><br>RATCHFORD LAW GROUP, PC and<br>GALAXY INTERNATIONAL<br>PURCHASING, LLC,<br>　　　　Defendant. | :<br>:<br>:<br>:  No. 5:21-cv-03358<br>:<br>:<br>:<br>:<br>: |

# O R D E R

**AND NOW**, this 14th day of December, 2021, upon consideration of Defendant Galaxy Purchasing International LLC's Motion to Dismiss, ECF No. 13, pro se Plaintiff's response in opposition,[1] ECF No. 21, and Galaxy's reply in support, ECF No. 22, **IT IS HEREBY ORDERED THAT:**

1.　Galaxy's Motion to Dismiss, ECF No. 13, is **GRANTED in part**.

**2.**　Plaintiff's Complaint, ECF No. 1, is **DISMISSED** as against Galaxy, only, **without prejudice.**

3.　Plaintiff is granted leave to amend his complaint **on or before Monday, January 3, 2022**.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1]　Plaintiff titles this filing as a "Motion to Dismiss" Galaxy's motion.  However, in light of this Court's obligation to liberally construe pro se filings, this Court considers this document a response in opposition to Galaxy's Motion to Dismiss.