UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

BRUCE L. CLARK,  :
        Plaintiff,  :
  :
v.  :   No. 5:21-cv-03358
  :
RATCHFORD LAW GROUP, PC and  :
GALAXY INTERNATIONAL  :
PURCHASING, LLC,  :
        Defendant.  :
_____

# **O R D E R**

**AND NOW**, this 21st day of March, 2022, upon consideration of Defendant Galaxy International Purchasing's Motion to Dismiss, ECF No. 31, pro se Plaintiff Bruce L. Clark's Motion to Quash Galaxy's Motion to Dismiss, ECF No. 36, Galaxy's reply in support of its motion, ECF No. 37, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

    1.    Galaxy's Motion to Dismiss, ECF No. 31, is **GRANTED**.

    2.    Clark's claims are **DISMSISSED with prejudice** as against **Galaxy only**.

    3.    The Clerk is directed to **TERMINATE** Defendant Galaxy International Purchasing, LLC, only, as a party to this matter.

    4.    Clark's Motion to Quash, ECF No. 36, is **DENIED**.

    5.    The Clerk is directed to **MAIL** a copy of this Order and the accompanying Opinion to Clark at the address provided on the docket.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge