UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUCE L. CLARK,<br>　　　　Plaintiff, | :<br>:<br>: |
| v. | : No. 5:21-cv-03358 |
| | : |
| RATCHFORD LAW GROUP, PC and<br>GALAXY INTERNATIONAL<br>PURCHASING, LLC,<br>　　　　Defendant. | :<br>:<br>:<br>: |

# O R D E R

**AND NOW**, this 20th day of May, 2022, upon consideration of pro se Plaintiff Bruce L. Clark's Motion in Response to Court Actions of 3/21/22 and Motion for Judgment on the Pleadings in which Clark seeks reconsideration of this Court's Order and Opinion at ECF Nos. 38 and 39, in addition to judgment on the pleadings against Galaxy, ECF No. 46, Galaxy's response thereto, ECF No. 48, and for the reasons set forth in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

　　1.　　Clark's Motion for Reconsideration, ECF No. 46, is **DENIED**.

　　2.　　Clark's Motion for Judgment on the Pleadings, ECF No. 46, is **DENIED**.

　　3.　　**Within ten (10) days of the date of this Order**, Clark shall indicate to this Court whether he intends to pursue his motion to remove Ratchford Law Group PC as a Defendant or whether he intends to withdraw the motion. Clark is reminded that Defendant Galaxy International Purchasing, LLC was **terminated** from this case on **March 21, 2022**. *See* ECF No. 39. In the Opinion that accompanies the instant Order, this Court concluded that **reconsideration** of Galaxy's termination is **not warranted**. Accordingly, to the extent Clark

wishes to remove the sole remaining Defendant, Ratchford Law Group, from this matter, **the case will be closed**.

4. The Clerk of Court is directed to mail a copy of this Order and the accompanying Opinion to pro se Plaintiff Bruce L. Clark.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge